In the United States District Court

for the ___Western___ District of ___Kentucky___

United States of America    )
                             )
v.                           )       Criminal No. 3:23-CR-003-CHB
                             )
Dan Edwin Wilson         )

FILED
JAMES J. VILT, JR. - CLERK

MAY 16 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

**Consent to Transfer of Case
for Plea and Sentence**

*(Under Rule 20)*

    I, Dan Edwin Wilson, defendant, have been informed that an indictment is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the U.S. District Court for the District of Columbia in which I will be present and to waive trial in the above captioned District.

Dated: __May 15__, 2024_____     at

X _____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendant) (Nick Mudd)

Approved:

_____
(Criminal Chief-authority delegated)

_____
United States Attorney for the
Western District of Kentucky

_____
United States Attorney for the
District of Columbia

# In the United States District Court
## for the ___Western___ District of ___Kentucky___

United States of America )
)
v. )                          Criminal No. 3:23-CR-003-CHB
)
Dan Edwin Wilson )

**Consent to Transfer of Case**
**for Plea and Sentence**

*(Under Rule 20)*

I, Dan Edwin Wilson, defendant, have been informed that an indictment is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the U.S. District Court for the District of Columbia in which I will be present and to waive trial in the above captioned District.

Dated:_____, 2024_____ at

_____
*(Defendant)*

_____
*(Witness)*

_____
*(Counsel for Defendant)*

Approved:

*Bryan Calhoun*

(Criminal Chief-authority delegated)
_____
United States Attorney for the
Western District of Kentucky

*Matt D____*

United States Attorney for the
District of Columbia